EXHIBIT "A"

Section 1 Scorecard Queries

```
/*
******************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
******************************************************************
USA-PA1-01-01-DUP-Voter_with_multiple_PAID

Illegal Duplicate Registrations - Exact Duplicates
Same person with more than one PAID
*****************************************************/
WITH CTE1 AS (SELECT [last_name]
      ,[first_name]
      ,ISNULL([middle_name], '') AS [middle_name]
      ,ISNULL([name_suffix_lbl], '') AS [name_suffix_lbl]
      ,ISNULL([gender], '') AS [gender]
      ,ISNULL([dob], '') AS [dob]
  FROM [dbo].[pavoter_221226]
  GROUP BY [last_name]
      ,[first_name]
      ,[middle_name]
      ,[name_suffix_lbl]
      ,[gender]
      ,[dob]
HAVING COUNT(*) > 1
)
SELECT '01 Illegal Duplicate Registrations' AS [ScorecardLabel],'01 Full duplicate' AS
[Subcategory], b.paid, b.last_name, b.first_name, b.middle_name, b.name_suffix_lbl,
b.status_cd, b.county
FROM CTE1 a
JOIN [dbo].[pavoter_221226] b
ON b.[last_name] = a.[last_name]
AND b.[first_name] = a.[first_name]
AND ISNULL(b.[middle_name], '') = a.[middle_name]
AND ISNULL(b.[name_suffix_lbl], '') = a.[name_suffix_lbl]
AND ISNULL(b.[gender], '') = a.[gender]
AND ISNULL(b.[dob], '') = a.[dob]
ORDER BY b.[last_name]
      ,b.[first_name]
      ,b.[middle_name]
      ,b.[name_suffix_lbl]
      ,b.[gender]
      ,b.[dob]; -- 4,486 records
```

```
/*
**********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
**********************************************************************
USA-PA1-01-02-DUP-Duplicate_PAID

Illegal Duplicate Registrations - Multiple instances of
base PAID
*******************************************************/
;WITH CTE1 AS (
SELECT LEFT(paid, LEN(paid)-3) AS PAID
FROM [dbo].[pavoter_221226])
,CTE2 AS (
SELECT paid,
COUNT(*) AS Amt
FROM CTE1
GROUP BY paid
HAVING COUNT(*) > 1)
SELECT '01 Illegal Duplicate Registrations','02 Duplicate Paid', b.paid, b.last_name,
b.first_name, b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM CTE2 a
JOIN [dbo].[pavoter_221226] b
ON a.paid = LEFT(b.paid, LEN(b.paid)-3);  -- 2,316 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-01-03-DUP-Same_Person_new_PAID

Illegal Duplicate Registrations - Same Person new Paid
******************************************************/
SELECT '01 Illegal Duplicate Registrations','03 Same Person new Paid', a.paid,
a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON b.[last_name] = a.[last_name]
AND b.[first_name] = a.[first_name]
AND ISNULL(b.[middle_name], '') = ISNULL(a.[middle_name], '')
AND ISNULL(b.[name_suffix_lbl], '') = ISNULL(a.[name_suffix_lbl], '')
AND ISNULL(b.[gender], '') = ISNULL(a.[gender], '')
AND ISNULL(b.[dob], '') = ISNULL(a.[dob], '')
WHERE LEFT(a.paid, LEN(a.paid)-3) <> LEFT(b.paid, LEN(b.paid)-3); -- 5,630 records
```

```
/*
******************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
******************************************************************
USA-PA1-01-06-DUP-Voter_with_same_Firstname_and_Lastname

Illegal Duplicate Registrations - Double names
Same first and last name
******************************************************/
SELECT '01 Illegal Duplicate Registrations' as [ScorecardLabel],'06 Duplicate names -
same first and last name' as [Subcategory], a.paid, a.last_name, a.first_name,
a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
WHERE a.first_name = a.last_name;  -- 608 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-01-07-DUP-Voter_with_changed_first_name

Illegal Duplicate Registrations - Changed first name
******************************************************/
SELECT '01 Illegal Duplicate Registrations','07 Changed first name', a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON b.[paid] = a.[paid]
WHERE b.[first_name] <> a.[first_name]; -- 7,057 records
```

```
/*
************************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
************************************************************************
USA-PA1-02-01-VHI-Votes_prior_to_registration_date

Voted prior to Registration Date
Registration with some or all votes prior to registration date
***************************************************/
;WITH CTE1 AS (SELECT a.paid,
MAX(b.ElectionDate) AS MaxDate,
MIN(b.ElectionDate) AS MinDate
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.paid = a.paid
GROUP BY a.paid)
SELECT '02 Vote History Invalid or Illogical' as [ScorecardLabel], '01 Votes before
registration date' as [Subcategory], d.paid, d.last_name, d.first_name, d.middle_name,
d.name_suffix_lbl, d.status_cd, d.county
FROM CTE1 c
JOIN [dbo].[pavoter_221226] d
ON c.paid = d.paid
WHERE c.MinDate < [registr_dt];  -- 16,545 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-02-02-VHI-Vote_History_Last_Vote_Date_mismatch

Vote History Last Vote Date mismatch
Last Vote Date value does not match most recent vote in Vote history
**************************************************/
;WITH CTE1 AS (SELECT a.paid,
MAX(b.ElectionDate) AS MaxDate,
MIN(b.ElectionDate) AS MinDate
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.paid = a.paid
GROUP BY a.paid)
SELECT '02 Vote History Invalid or Illogical' as [ScorecardLabel], '02 Vote History and
Last Vote Date Mismatch' as [Subcategory], d.paid, d.last_name, d.first_name,
d.middle_name, d.name_suffix_lbl, d.status_cd, d.county
FROM CTE1 c
JOIN [dbo].[pavoter_221226] d
ON c.paid = d.paid
WHERE c.MaxDate <> d.last_vote_date;  -- 18,510 records
```

```
/*
****************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
****************************************************************
USA-PA1-02-05-VHI-Voted_in_2022GE_not_in_declared_party

Voter History Invalid or Illogical - Voted in the 2022 GE but
not in declared party
****************************************************************/
SELECT '02 Vote History Invalid or Illogical' as [ScorecardLabel], '05 Voted in 2022 GE
but not in declared party' as [Subcategory], a.paid, a.last_name, a.first_name,
a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.PAID = a.PAID
WHERE b.ElectionDate = '11/8/2022'
AND a.party_cd <> b.Party
ORDER BY a.registr_dt; -- 8,028 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-03-01-QIR-Active_voter_set_inactive

Questionable inactive registrations - Active voter set inactive
Set to Inactive while still meeting definition of active voter
*****************************************************************/
WITH CTE1 AS (SELECT MAX(b.electiondate) AS MaxDate, a.paid, a.[status_cd]
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON a.paid = b.paid
GROUP BY a.paid, a.[status_cd]),
CTE2 AS (
SELECT b.MaxDate, a.*
FROM [dbo].[pavoter_221226] a
JOIN CTE1 b
ON a.paid = b.paid
WHERE a.[status_cd] = 'I'
AND Datediff(Month,b.MaxDate,'12/26/2022' ) < 25)
SELECT '03 Questionable inactive status' as [ScorecardLabel], '01 Active voter set
inactive' as [Subcategory], a.paid, a.last_name, a.first_name, a.middle_name,
a.name_suffix_lbl, a.status_cd, a.county
FROM CTE2 a;  -- 10,298 records
```

```
/*
**********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
**********************************************************************
USA-PA1-04-01-VWI-Voted_while_Inactive

Voted while Inactive
Inactive registration with votes after registration date
and modified date
******************************************************/
;WITH CTE1 AS (SELECT a.paid,
MAX(b.ElectionDate) AS MaxDate
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.paid = a.paid
GROUP BY a.paid)
SELECT '04 Voted while Inactive' as [ScorecardLabel], '-' as [Subcategory], d.paid,
d.last_name, d.first_name, d.middle_name, d.name_suffix_lbl, d.status_cd, d.county
FROM CTE1 c
JOIN [dbo].[pavoter_221226] d
ON c.paid = d.paid
WHERE d.status_cd = 'I'
AND c.MaxDate > d.status_change_dt;  -- 194 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA1-05-01-IRD-Backdated_Registrations

Invalid Registration Date - Backdated Registrations
Registration exists now but did not in previous snapshot,
but registration date is prior to previous snapshot
****************************************************/
SELECT '05 Backdated Registrations' as [ScorecardLabel], '-' as [Subcategory], a.paid,
a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_240115] a
FULL OUTER JOIN [dbo].[pavoter_221226] b
ON LEFT(a.paid, LEN(a.paid)-3) = LEFT(b.paid, LEN(b.paid)-3)
WHERE b.paid is NULL
AND a.registr_dt < '12/26/2022';  -- 28,256 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-06-01-IDR-Modified_Date_Prior_to_Registration_Date

Invalid Date Record - Modified Date Prior to Registration Date
Registration Record Modified Date Prior to Registration Date
********************************************************/
Select '06 Modified Date Prior to Registration Date' as [ScorecardLabel], '-' as
[Subcategory], a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl,
a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
WHERE a.date_last_changed < a.registr_dt;  -- 268,493 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-07-01-IIR-Blank_Registration_Date

Invalid or Illogical Registration Date
Registration with blank Registration Date
***************************************************/
SELECT '07 Invalid or Illogical Registration Date', '01 Registration with NO Date',
a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd,
a.county
FROM [dbo].[pavoter_221226] a
WHERE a.registr_dt = ''
OR a.registr_dt IS NULL;  -- 105 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-07-02-IIR-Registration_Date_and_Age_do_not_Match

Invalid or Illogical Registration Date
Registration Date and age do not match
*****************************************************/
SELECT '07 Invalid or Illogical Registration Date' as [ScorecardLabel], '02 Registration
Date and Age do not Match' as [Subcategory], b.paid, b.last_name, b.first_name,
b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM (SELECT * FROM [dbo].[pavoter_221226] a
WHERE a.registr_dt <> ''
OR a.registr_dt IS NOT NULL) b
WHERE DATEDIFF(YEAR, b.dob, b.registr_dt) < 17; -- 35,801 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-07-03-IIR-Registration_Date_on_Jan_1

Registrations with discrepant Registration Date
Registration Date on Jan 1, 1801 through 2022
***************************************************/
WITH CTE1 AS (SELECT
MONTH(registr_dt) AS RegMonth,
DAY(registr_dt) AS RegDay,
YEAR(registr_dt) AS RegYear,
paid
FROM [dbo].[pavoter_221226]
WHERE registr_dt <> ''
OR registr_dt IS NOT NULL)
SELECT '07 Invalid or Illogical Registration Date' as [ScorecardLabel], '03 Registration
Date on Jan 1 1801 through 2022' as [Subcategory], b.paid, b.last_name, b.first_name,
b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM CTE1 a
JOIN [dbo].[pavoter_221226] b
ON a.paid = b.paid
WHERE a.RegMonth = 1
AND a.RegDay = 1
AND a.RegYear Between 1799 and 2022
ORDER BY a.RegYear ASC; -- 294,353 Records
```

```
/*
**********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
**********************************************************************
USA-PA1-07-04-IIR-Registered_on_Federal_Holiday_other_than_January_1

Registrations with discrepant Registration Date
Registration Date on Federal or Observed Holiday but not New Years
**********************************************************************/
SELECT '07 Invalid or Illogical Registration Date' as [ScorecardLabel], '04 Registration
Date on Federal Holiday not Jan 01' as [Subcategory], a.paid, a.last_name, a.first_name,
a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN (SELECT * FROM [dbo].[FederalHolidays]
WHERE [DATE OBSERVED] NOT IN (SELECT [DATE OBSERVED]
FROM [dbo].[FederalHolidays]
WHERE MONTH([DATE OBSERVED]) = 1
AND DAY([DATE OBSERVED]) = 1)) b
ON a.registr_dt = b.[DATE OBSERVED]; -- 109,845 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-07-05-IIR-Voted_in_2022GE_registered_after_cutoff_date


Registrations with discrepant Registration Date
Voted in 2022 GE but registered after the cut-off date of 10/24/2022
********************************************************/
SELECT '07 Invalid or Illogical Registration Date' as [ScorecardLabel], '05 Voted in 2022
GE but registered after the cut-off date' as [Subcategory], a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.PAID = a.PAID
WHERE b.ElectionDate = '11/8/2022'
AND a.registr_dt > '10/24/2022'
ORDER BY a.registr_dt  -- 8,231 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-08-01-IRC-Registration_Changed_during_cutoff_period

Illegal or Invalid Registration Changes
Voted in 2022 GE and changed registration during the cut-off
period between 10/24/22 and 11/9/22
*****************************************************/
SELECT '08 Illegal or Invalid Registration Changes' as [ScorecardLabel], '01 Registration
Changed during cut-off period' as [Subcategory], a.paid, a.last_name, a.first_name,
a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.PAID = a.PAID
WHERE b.ElectionDate = '11/8/2022'
AND a.date_last_changed > '10/24/2022'
AND a.date_last_changed < '11/9/2022'
ORDER BY a.registr_dt  -- 631,533 records
```

```
/*
************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
************************************************************
USA-PA1-08-02-IRC-Changed_party_no_date_last_changed_update

Illegal or Invalid Registration Changes
Changed party but no 'date last changed' update
************************************************/
SELECT '08 Illegal or Invalid Registration Changes' as [ScorecardLabel], '02 Changed
party but no date last changed update' as [Subcategory], a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON b.PAID = a.PAID
WHERE a.party_cd <> b.party_cd
AND a.date_last_changed = b.date_last_changed  -- 1,121 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-08-03-IRC-Changed_Address_no_date_last_changed_update

Illegal or Invalid Registration Changes
Changed Address but no 'date last changed' update
***************************************************/
SELECT '08 Illegal or Invalid Registration Changes' as [ScorecardLabel], '03 Changed
Address but no date last changed update' as [Subcategory], a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON b.PAID = a.PAID
WHERE a.house_num <> b.house_num
AND a.date_last_changed = b.date_last_changed  -- 854 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-09-01-ADR-Registrations_with_no_Age

Age discrepant Registrants - Registrations with no Age
Registration with blank Age
*****************************************************/
SELECT '09 Age Discrepant Registrants', '01 Registrations with No Age', a.paid,
a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
WHERE a.dob = ''
OR a.dob IS NULL;  -- 77 records
```

```
/*
****************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
****************************************************************
USA-PA1-09-02-ADR-Younger_than_17_or_Older_than_115

Age discrepant Registrants
Registrants younger than 17 or older than 115
(https://gerontology.fandom.com/wiki/List_of_supercentenarians_from_the_United_States)
****************************************************************/
SELECT '09 Age Discrepant Registrants', '02 Younger than 17 or Older than 115', b.paid,
b.last_name, b.first_name, b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM [dbo].[pavoter_221226] b
WHERE DATEDIFF(YEAR, b.dob, '12/26/2022') < 17 or DATEDIFF(YEAR, b.dob, '12/26/2022') >
115; -- 630 records
```

```
/*
****************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
****************************************************************
USA-PA1-09-03-ADR-Registrations_with_changed_DOB

Age discrepant Registrants
Registrations with changed DOB
****************************************************/
SELECT '09 Age Discrepant Registrants','03 Changed DOB', a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON LEFT(a.paid, LEN(a.paid)-3) = LEFT(b.paid, LEN(b.paid)-3)
WHERE a.dob <> b.dob; -- 3,435 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-10-01-RIA-Address_in_multi-unit_buildings_no_unit_number

Registrants with Invalid Address
Addresses in multi-unit buildings with no unit number
***************************************************/
WITH CTE1 AS (SELECT [house_num]
      ,[house_num_suffix]
      ,[street_name]
      ,[address_line2]
      ,[city]
      ,[state]
      ,[zip]
FROM [dbo].[pavoter_221226]
Where apt_num IS NOT NULL
GROUP BY [house_num]
      ,[house_num_suffix]
      ,[street_name]
      ,[address_line2]
      ,[city]
      ,[state]
      ,[zip]
HAVING COUNT(*) > 2)
SELECT '10 Registrants with questionable address', '01 Address in multi-unit building No
unit number', a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl,
a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN CTE1 b
ON ISNULL(a.[house_num], '') = ISNULL(b.[house_num], '')
AND ISNULL(a.[house_num_suffix], '') = ISNULL(b.[house_num_suffix], '')
AND ISNULL(a.[street_name], '') = ISNULL(b.[street_name], '')
AND ISNULL(a.[address_line2], '') = ISNULL(b.[address_line2], '')
AND ISNULL(a.[city], '') = ISNULL(b.[city], '')
AND ISNULL(a.[state], '') = ISNULL(b.[state], '')
AND ISNULL(a.[zip], '') = ISNULL(b.[zip], '')
WHERE a.apt_num IS NULL;  -- 95,065 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-10-02-RIA-Registrations_with_Missing_or_Incomplete_Address

Registrants with Invalid Address
Missing or Incomplete Address
*****************************************************/
SELECT '10 Registrants with questionable address', '02 Missing or incomplete address',
a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd,
a.county
FROM [dbo].[pavoter_221226] a
WHERE a.house_num IS NULL
AND a.mail_addr1 IS NULL;  -- 11,386 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-10-03-RIA-Different_Street-Same_City_and_House_Number

Registrants with Invalid Address
Only street name changed (city and house number did not)
********************************************************/
SELECT '10 Registrants with questionable address','03 Different Street - Same City and
House number', a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl,
a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
on b.paid = a.paid
WHERE ISNULL(a.[house_num], '') = ISNULL(b.[house_num], '')
AND ISNULL(a.[house_num_suffix], '') = ISNULL(b.[house_num_suffix], '')
AND ISNULL(a.[street_name], '') <> ISNULL(b.[street_name], '')
AND ISNULL(a.[address_line2], '') = ISNULL(b.[address_line2], '')
AND ISNULL(a.[city], '') = ISNULL(b.[city], '')
AND ISNULL(a.[state], '') = ISNULL(b.[state], '')
AND ISNULL(a.[zip], '') = ISNULL(b.[zip], '');  -- 33,918 records
```

```
/*
***********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
***********************************************************************
USA-PA1-10-04-RIA-Different_House_Number-Same_City_and_Street


Registrants with Invalid Address
Only house number changed (city and street name did not)
***********************************************************************/
SELECT '10 Registrants with questionable address','04 Different house number - Same City
and Street', a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl,
a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
on b.paid = a.paid
WHERE ISNULL(a.[house_num], '') <> ISNULL(b.[house_num], '')
AND ISNULL(a.[house_num_suffix], '') = ISNULL(b.[house_num_suffix], '')
AND ISNULL(a.[street_name], '') = ISNULL(b.[street_name], '')
AND ISNULL(a.[address_line2], '') = ISNULL(b.[address_line2], '')
AND ISNULL(a.[city], '') = ISNULL(b.[city], '')
AND ISNULL(a.[state], '') = ISNULL(b.[state], '')
AND ISNULL(a.[zip], '') = ISNULL(b.[zip], '');  -- 14,544 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA1-11-01-RAV-Registrations_with_Votes_Removed

Registrants with Altered Votes
Registrations with Votes Removed
****************************************************/
WITH CTE1a AS (SELECT *
FROM [dbo].[pavotehistory_221226])
, CTE1b AS (SELECT *
FROM [dbo].[pavotehistory_240115]
WHERE ElectionDate < '2022-12-26')
, CTE1 AS (SELECT a.PAID, a.ElectionDate, b.PAID as PreviousregID, b.ElectionDate as
PreviousElecDate
FROM CTE1a a
FULL OUTER JOIN CTE1b b
ON a.PAID = b.PAID
AND a.ElectionDate = b.ElectionDate)
, CTE2 AS (
SELECT PAID,
CASE WHEN PreviousRegID IS NULL THEN 1
WHEN PreviousRegID IS NOT NULL THEN 2 END AS PreviousRegScore
FROM CTE1
WHERE PAID IS NOT NULL
GROUP BY PAID,
PreviousRegID)
, CTE3 AS (
SELECT PAID,
SUM(PreviousRegScore) AS ScoreSum
FROM CTE2
GROUP BY PAID)
SELECT '11 Registrations with Altered Votes','01 Registrants with Votes Removed', a.paid,
a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN CTE3 b
ON a.PAID = b.PAID
AND b.ScoreSum = 3; -- 1,580,750 records
```

Section 2 Scorecard Queries

```
/*
**********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 6 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
**********************************************************************
USA-PA2-01-01-DUP-Voter_with_multiple_PAID


Illegal Duplicate Registrations - Exact Duplicates
Same person with more than one PAID
*****************************************************/
WITH CTE1 AS (SELECT [last_name]
      ,[first_name]
      ,ISNULL([middle_name], '') AS [middle_name]
      ,ISNULL([name_suffix_lbl], '') AS [name_suffix_lbl]
      ,ISNULL([gender], '') AS [gender]
      ,ISNULL([dob], '') AS [dob]
  FROM [dbo].[pavoter_221226]
  GROUP BY [last_name]
      ,[first_name]
      ,[middle_name]
      ,[name_suffix_lbl]
      ,[gender]
      ,[dob]
HAVING COUNT(*) > 1
)
, CTE2 AS (SELECT b.paid, b.last_name, b.first_name, b.middle_name, b.name_suffix_lbl,
b.status_cd, b.county
FROM CTE1 a
JOIN [dbo].[pavoter_221226] b
ON b.[last_name] = a.[last_name]
AND b.[first_name] = a.[first_name]
AND ISNULL(b.[middle_name], '') = a.[middle_name]
AND ISNULL(b.[name_suffix_lbl], '') = a.[name_suffix_lbl]
AND ISNULL(b.[gender], '') = a.[gender]
AND ISNULL(b.[dob], '') = a.[dob])
SELECT '01 Illegal Duplicate Registrations' AS [ScorecardLabel],'01 Full duplicate' AS
[Subcategory], a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl,
a.status_cd, a.county
FROM CTE2 a
JOIN [dbo].[pavotehistory_221226] b
ON a.paid = b.paid
WHERE b.ElectionDate = '11/8/2022'
ORDER BY a.[last_name]
      ,a.[first_name]
      ,a.[middle_name]
      ,a.[name_suffix_lbl]; -- 1,139 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-01-02-DUP-Duplicate_PAID

Illegal Duplicate Registrations - Multiple instances of
base PAID
********************************************************/
;WITH CTE1 AS (
SELECT LEFT(paid, LEN(paid)-3) AS PAID
FROM [dbo].[pavoter_221226])
,CTE2 AS (
SELECT paid,
COUNT(*) AS Amt
FROM CTE1
GROUP BY paid
HAVING COUNT(*) > 1)
SELECT '01 Illegal Duplicate Registrations','02 Duplicate Paid', b.paid, b.last_name,
b.first_name, b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM CTE2 a
JOIN [dbo].[pavoter_221226] b
ON a.paid = LEFT(b.paid, LEN(b.paid)-3)
JOIN [dbo].[pavotehistory_221226] c
ON b.paid = c.paid
WHERE c.ElectionDate = '11/8/2022';  -- 867 records
```

```
/*
**********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
**********************************************************************
USA-PA2-01-03-DUP-Same_Person_new_PAID

Illegal Duplicate Registrations - Same Person new Paid
******************************************************/
SELECT '01 Illegal Duplicate Registrations','03 Same Person new Paid', a.paid,
a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON b.[last_name] = a.[last_name]
AND b.[first_name] = a.[first_name]
AND ISNULL(b.[middle_name], '') = ISNULL(a.[middle_name], '')
AND ISNULL(b.[name_suffix_lbl], '') = ISNULL(a.[name_suffix_lbl], '')
AND ISNULL(b.[gender], '') = ISNULL(a.[gender], '')
AND ISNULL(b.[dob], '') = ISNULL(a.[dob], '')
JOIN [dbo].[pavotehistory_221226] c
ON a.paid = c.paid
WHERE LEFT(a.paid, LEN(a.paid)-3) <> LEFT(b.paid, LEN(b.paid)-3)
AND c.ElectionDate = '11/8/2022'; -- 1,740 records
```

```
/*
*******************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*******************************************************************
USA-PA2-01-06-DUP-Voter_with_same_Firstname_and_Lastname

Illegal Duplicate Registrations - Double names
Same first and last name
****************************************************/
SELECT '01 Illegal Duplicate Registrations' as [ScorecardLabel],'06 Duplicate names -
same first and last name' as [Subcategory], a.paid, a.last_name, a.first_name,
a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] c
ON a.paid = c.paid
WHERE c.ElectionDate = '11/8/2022'
AND a.first_name = a.last_name;  -- 305 records
```

```
/*
****************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
****************************************************************
USA-PA2-01-07-DUP-Voter_with_changed_first_name

Illegal Duplicate Registrations - Changed first name
****************************************************/
SELECT '01 Illegal Duplicate Registrations','07 Changed first name', a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON b.[paid] = a.[paid]
JOIN [dbo].[pavotehistory_221226] c
ON a.paid = c.paid
WHERE c.ElectionDate = '11/8/2022'
AND b.[first_name] <> a.[first_name]; -- 3,975 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA2-02-01-VHI-Votes_prior_to_registration_date

Voted prior to Registration Date
Registration with some or all votes prior to registration date
***************************************************/
;WITH CTE1 AS (SELECT a.paid,
MAX(b.ElectionDate) AS MaxDate,
MIN(b.ElectionDate) AS MinDate
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.paid = a.paid
GROUP BY a.paid)
SELECT '02 Vote History Invalid or Illogical' as [ScorecardLabel], '01 Votes before
registration date' as [Subcategory], d.paid, d.last_name, d.first_name, d.middle_name,
d.name_suffix_lbl, d.status_cd, d.county
FROM CTE1 c
JOIN [dbo].[pavoter_221226] d
ON c.paid = d.paid
JOIN [dbo].[pavotehistory_221226] e
ON d.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND c.MinDate < [registr_dt];  -- 7,575 records
```

```
/*
**********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
**********************************************************************
USA-PA2-02-02-VHI-Vote_History_Last_Vote_Date_mismatch

Vote History Last Vote Date mismatch
Last Vote Date value does not match most recent vote in Vote history
*************************************************/
;WITH CTE1 AS (SELECT a.paid,
MAX(b.ElectionDate) AS MaxDate,
MIN(b.ElectionDate) AS MinDate
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.paid = a.paid
GROUP BY a.paid)
SELECT '02 Vote History Invalid or Illogical' as [ScorecardLabel], '02 Vote History and
Last Vote Date Mismatch' as [Subcategory], d.paid, d.last_name, d.first_name,
d.middle_name, d.name_suffix_lbl, d.status_cd, d.county
FROM CTE1 c
JOIN [dbo].[pavoter_221226] d
ON c.paid = d.paid
JOIN [dbo].[pavotehistory_221226] e
ON d.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND c.MaxDate <> d.last_vote_date;  -- 71 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-02-05-VHI-Voted_in_2022GE_not_in_declared_party

Voter History Invalid or Illogical - Voted in the 2022 GE but
not in declared party
*****************************************************/
SELECT '02 Vote History Invalid or Illogical' as [ScorecardLabel], '05 Voted in 2022 GE
but not in declared party' as [Subcategory], a.paid, a.last_name, a.first_name,
a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.PAID = a.PAID
WHERE b.ElectionDate = '11/8/2022'
AND a.party_cd <> b.Party
ORDER BY a.registr_dt; -- 8,028 records - This is the same as Section 1 because it is
already looking at 2022 GE votes
```

```
/*
*****************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*****************************************************************
USA-PA2-03-01-QIR-Active_voter_set_inactive

Questionable inactive registrations - Active voter set inactive
Set to Inactive while still meeting definition of active voter
*****************************************************************/
WITH CTE1 AS (SELECT MAX(b.electiondate) AS MaxDate, a.paid, a.[status_cd]
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON a.paid = b.paid
GROUP BY a.paid, a.[status_cd]),
CTE2 AS (
SELECT b.MaxDate, a.*
FROM [dbo].[pavoter_221226] a
JOIN CTE1 b
ON a.paid = b.paid
WHERE a.[status_cd] = 'I'
AND Datediff(Month,b.MaxDate,'12/26/2022' ) < 25)
SELECT '03 Questionable inactive status' as [ScorecardLabel], '01 Active voter set
inactive' as [Subcategory], a.paid, a.last_name, a.first_name, a.middle_name,
a.name_suffix_lbl, a.status_cd, a.county
FROM CTE2 a
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022';  -- 1,996 records
```

```
/*
*******************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*******************************************************************
USA-PA2-04-01-VWI-Voted_while_Inactive

Voted while Inactive
Inactive registration with votes after registration date
and modified date
*****************************************************/
;WITH CTE1 AS (SELECT a.paid,
MAX(b.ElectionDate) AS MaxDate
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.paid = a.paid
GROUP BY a.paid)
SELECT '04 Voted while Inactive' as [ScorecardLabel], '-' as [Subcategory], d.paid,
d.last_name, d.first_name, d.middle_name, d.name_suffix_lbl, d.status_cd, d.county
FROM CTE1 c
JOIN [dbo].[pavoter_221226] d
ON c.paid = d.paid
JOIN [dbo].[pavotehistory_221226] e
ON d.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND d.status_cd = 'I'
AND c.MaxDate > d.status_change_dt;  -- 118 records
```

```
/*
************************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
************************************************************************
USA-PA2-06-01-IDR-Modified_Date_Prior_to_Registration_Date

Invalid Date Record - Modified Date Prior to Registration Date
Registration Record Modified Date Prior to Registration Date
************************************************************************/
Select '06 Modified Date Prior to Registration Date' as [ScorecardLabel], '-' as
[Subcategory], a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl,
a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND a.date_last_changed < a.registr_dt;  -- 196 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-07-01-IIR-Blank_Registration_Date

Invalid or Illogical Registration Date
Registration with blank Registration Date
*****************************************************/
SELECT '07 Invalid or Illogical Registration Date', '01 Registration with NO Date',
a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd,
a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND (a.registr_dt = ''
OR a.registr_dt IS NULL);  -- 69 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-07-02-IIR-Registration_Date_and_Age_do_not_Match

Invalid or Illogical Registration Date
Registration Date and age do not match
****************************************************/
SELECT '07 Invalid or Illogical Registration Date' as [ScorecardLabel], '02 Registration
Date and Age do not Match' as [Subcategory], b.paid, b.last_name, b.first_name,
b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM (SELECT * FROM [dbo].[pavoter_221226] a
WHERE a.registr_dt <> ''
OR a.registr_dt IS NOT NULL) b
JOIN [dbo].[pavotehistory_221226] e
ON b.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND DATEDIFF(YEAR, b.dob, b.registr_dt) < 17; -- 28,791 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA2-07-03-IIR-Registration_Date_on_Jan_1

Registrations with discrepant Registration Date
Registration Date on Jan 1, 1801 through 2022
****************************************************/
WITH CTE1 AS (SELECT
MONTH(registr_dt) AS RegMonth,
DAY(registr_dt) AS RegDay,
YEAR(registr_dt) AS RegYear,
paid
FROM [dbo].[pavoter_221226]
WHERE registr_dt <> ''
OR registr_dt IS NOT NULL)
SELECT '07 Invalid or Illogical Registration Date' as [ScorecardLabel], '03 Registration
Date on Jan 1 1801 through 2022' as [Subcategory], b.paid, b.last_name, b.first_name,
b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM CTE1 a
JOIN [dbo].[pavoter_221226] b
ON a.paid = b.paid
JOIN [dbo].[pavotehistory_221226] e
ON b.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND a.RegMonth = 1
AND a.RegDay = 1
AND a.RegYear Between 1799 and 2022
ORDER BY a.RegYear ASC; -- 234,726 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA2-07-04-IIR-Registered_on_Federal_Holiday_other_than_January_1

Registrations with discrepant Registration Date
Registration Date on Federal or Observed Holiday but not New Years
********************************************************************
SELECT '07 Invalid or Illogical Registration Date' as [ScorecardLabel], '04 Registration
Date on Federal Holiday not Jan 01' as [Subcategory], a.paid, a.last_name, a.first_name,
a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN (SELECT * FROM [dbo].[FederalHolidays]
WHERE [DATE OBSERVED] NOT IN (SELECT [DATE OBSERVED]
FROM [dbo].[FederalHolidays]
WHERE MONTH([DATE OBSERVED]) = 1
AND DAY([DATE OBSERVED]) = 1)) b
ON a.registr_dt = b.[DATE OBSERVED]
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'; -- 68,449 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-07-05-IIR-Voted_in_2022GE_registered_after_cutoff_date

Registrations with discrepant Registration Date
Voted in 2022 GE but registered after the cut-off date of 10/24/2022
*********************************************************************/
SELECT '07 Invalid or Illogical Registration Date' as [ScorecardLabel], '05 Voted in 2022
GE but registered after the cut-off date' as [Subcategory], a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.PAID = a.PAID
WHERE b.ElectionDate = '11/8/2022'
AND a.registr_dt > '10/24/2022'
ORDER BY a.registr_dt  --8,231 records - This matched same number from Section 1 since it
already is looking at 2022 voters
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA2-08-01-IRC-Registration_Changed_during_cutoff_period

Illegal or Invalid Registration Changes
Voted in 2022 GE and changed registration during the cut-off
period between 10/24/22 and 11/9/22
****************************************************/
SELECT '08 Illegal or Invalid Registration Changes' as [ScorecardLabel], '01 Registration
Changed during cut-off period' as [Subcategory], a.paid, a.last_name, a.first_name,
a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] b
ON b.PAID = a.PAID
WHERE b.ElectionDate = '11/8/2022'
AND a.date_last_changed > '10/24/2022'
AND a.date_last_changed < '11/9/2022'
ORDER BY a.registr_dt  -- 631,533 records Same as Section 1 - All voted in 2022 GE
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA2-08-02-IRC-Changed_party_no_date_last_changed_update

Illegal or Invalid Registration Changes
Changed party but no 'date last changed' update
***************************************************/
SELECT '08 Illegal or Invalid Registration Changes' as [ScorecardLabel], '02 Changed
party but no date last changed update' as [Subcategory], a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON b.PAID = a.PAID
JOIN [dbo].[pavotehistory_221226] c
ON c.PAID = a.PAID
WHERE a.party_cd <> b.party_cd
AND a.date_last_changed = b.date_last_changed
AND c.ElectionDate = '11/8/2022'; -- 292 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-08-03-IRC-Changed_Address_no_date_last_changed_update

Illegal or Invalid Registration Changes
Changed Address but no 'date last changed' update
*****************************************************/
SELECT '08 Illegal or Invalid Registration Changes' as [ScorecardLabel], '03 Changed
Address but no date last changed update' as [Subcategory], a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON b.PAID = a.PAID
JOIN [dbo].[pavotehistory_221226] c
ON c.PAID = a.PAID
WHERE a.house_num <> b.house_num
AND a.date_last_changed = b.date_last_changed
AND c.ElectionDate = '11/8/2022'; --390 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-09-01-ADR-Registrations_with_no_Age

Age discrepant Registrants - Registrations with no Age
Registration with blank Age
****************************************************/
SELECT '09 Age Discrepant Registrants', '01 Registrations with No Age', a.paid,
a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND (a.dob = ''
OR a.dob IS NULL);  -- 20 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-09-02-ADR-Younger_than_17_or_Older_than_115

Age discrepant Registrants
Registrants younger than 17 or older than 115
(https://gerontology.fandom.com/wiki/List_of_supercentenarians_from_the_United_States)
*********************************************************************/
SELECT '09 Age Discrepant Registrants', '02 Younger than 17 or Older than 115', b.paid,
b.last_name, b.first_name, b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM [dbo].[pavoter_221226] b
JOIN [dbo].[pavotehistory_221226] e
ON b.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND (DATEDIFF(YEAR, b.dob, '12/26/2022') < 17 or DATEDIFF(YEAR, b.dob, '12/26/2022') >
115); -- 186 records
```

```
/*
*****************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*****************************************************************
USA-PA2-09-03-ADR-Registrations_with_changed_DOB

Age discrepant Registrants
Registrations with changed DOB
*****************************************************/
SELECT '09 Age Discrepant Registrants','03 Changed DOB', a.paid, a.last_name,
a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
ON LEFT(a.paid, LEN(a.paid)-3) = LEFT(b.paid, LEN(b.paid)-3)
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND a.dob <> b.dob; -- 2,001 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA2-10-01-RIA-Address_in_multi-unit_buildings_no_unit_number

Registrants with Invalid Address
Addresses in multi-unit buildings with no unit number
****************************************************/
WITH CTE1 AS (SELECT [house_num]
      ,[house_num_suffix]
      ,[street_name]
      ,[address_line2]
      ,[city]
      ,[state]
      ,[zip]
FROM [dbo].[pavoter_221226]
Where apt_num IS NOT NULL
GROUP BY [house_num]
      ,[house_num_suffix]
      ,[street_name]
      ,[address_line2]
      ,[city]
      ,[state]
      ,[zip]
HAVING COUNT(*) > 2)
SELECT '10 Registrants with questionable address', '01 Address in multi-unit building No
unit number', a.paid, a.last_name, a.first_name, a.middle_name,  a.name_suffix_lbl,
a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN CTE1 b
ON ISNULL(a.[house_num], '') = ISNULL(b.[house_num], '')
AND ISNULL(a.[house_num_suffix], '') = ISNULL(b.[house_num_suffix], '')
AND ISNULL(a.[street_name], '') = ISNULL(b.[street_name], '')
AND ISNULL(a.[address_line2], '') = ISNULL(b.[address_line2], '')
AND ISNULL(a.[city], '') = ISNULL(b.[city], '')
AND ISNULL(a.[state], '') = ISNULL(b.[state], '')
AND ISNULL(a.[zip], '') = ISNULL(b.[zip], '')
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND a.apt_num IS NULL;  -- 28,313 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA2-10-02-RIA-Registrations_with_Missing_or_Incomplete_Address

Registrants with Invalid Address
Missing or Incomplete Address
****************************************************/
SELECT '10 Registrants with questionable address', '02 Missing or incomplete address',
a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd,
a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND a.house_num IS NULL
AND a.mail_addr1 IS NULL;  -- 3,174 records
```

```
/*
************************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
************************************************************************
USA-PA2-10-03-RIA-Different_Street-Same_City_and_House_Number

Registrants with Invalid Address
Only street name changed (city and house number did not)
*************************************************/
SELECT '10 Registrants with questionable address','03 Different Street - Same City and
House number', a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl,
a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
on b.paid = a.paid
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND ISNULL(a.[house_num], '') = ISNULL(b.[house_num], '')
AND ISNULL(a.[house_num_suffix], '') = ISNULL(b.[house_num_suffix], '')
AND ISNULL(a.[street_name], '') <> ISNULL(b.[street_name], '')
AND ISNULL(a.[address_line2], '') = ISNULL(b.[address_line2], '')
AND ISNULL(a.[city], '') = ISNULL(b.[city], '')
AND ISNULL(a.[state], '') = ISNULL(b.[state], '')
AND ISNULL(a.[zip], '') = ISNULL(b.[zip], '');  -- 20,161 records
```

```
/*
*********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*********************************************************************
USA-PA2-10-04-RIA-Different_House_Number-Same_City_and_Street

Registrants with Invalid Address
Only house number changed (city and street name did not)
*********************************************/
SELECT '10 Registrants with questionable address','04 Different house number - Same City
and Street', a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl,
a.status_cd, a.county
FROM [dbo].[pavoter_221226] a
JOIN [dbo].[pavoter_240115] b
on b.paid = a.paid
JOIN [dbo].[pavotehistory_221226] e
ON a.paid = e.paid
WHERE e.ElectionDate = '11/8/2022'
AND ISNULL(a.[house_num], '') <> ISNULL(b.[house_num], '')
AND ISNULL(a.[house_num_suffix], '') = ISNULL(b.[house_num_suffix], '')
AND ISNULL(a.[street_name], '') = ISNULL(b.[street_name], '')
AND ISNULL(a.[address_line2], '') = ISNULL(b.[address_line2], '')
AND ISNULL(a.[city], '') = ISNULL(b.[city], '')
AND ISNULL(a.[state], '') = ISNULL(b.[state], '')
AND ISNULL(a.[zip], '') = ISNULL(b.[zip], '');  -- 7,961 records
```

```
/*
********************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
********************************************************************
USA-PA2-11-01-RAV-Voters_and_Votes_Deleted

Registrants with Altered Votes
Voters and Votes Deleted
***************************************************/
WITH CTE1a AS (SELECT *
FROM [dbo].[pavotehistory_221226]
WHERE ElectionDate = '2022-11-08')
, CTE1b AS (SELECT *
FROM [dbo].[pavotehistory_240115]
WHERE ElectionDate = '2022-11-08')
, CTE1c AS (SELECT b.*
FROM CTE1b a
JOIN [dbo].[pavoter_240115] b
ON a.PAID = b.PAID)
, CTE1 AS (SELECT a.PAID, a.ElectionDate, b.PAID as PreviousregID02, b.ElectionDate as
PreviousElecDate
FROM CTE1a a
FULL OUTER JOIN CTE1b b
ON a.PAID = b.PAID
AND a.ElectionDate = b.ElectionDate)
, CTE2 AS (
SELECT a.PAID, b.PAID as PreviousregID01
FROM CTE1a a
FULL OUTER JOIN CTE1b b
ON a.PAID = b.PAID)
, CTE3 AS (
SELECT a.paid, b.last_name, b.first_name, b.dob
FROM CTE2 a
LEFT JOIN [dbo].[pavoter_221226] b
ON a.PAID = b.PAID
WHERE a.PreviousregID01 IS NULL) --SELECT * FROM CTE3
, CTE4 AS (
SELECT a.*
FROM CTE3 a
LEFT JOIN CTE1c b
ON a.last_name = b.last_name
AND a.first_name = b.first_name
AND a.dob = b.dob
WHERE b.PAID IS NULL)
```

```
SELECT '11 Registrations with Altered Votes','01 Voters and Votes Deleted', a.paid,
b.last_name, b.first_name, b.middle_name, b.name_suffix_lbl, b.status_cd, b.county
FROM CTE4 a
JOIN [dbo].[pavoter_221226] b
ON a.PAID = b.PAID;  -- 138,291 records
```

```
/*
*******************************************************************
United Sovereign Americans
Query built on MS SQL Server 2017 - v14.0.1000.169
Data Snapshot from Pennsylvania Department of State, Dated 12/26/2022 with
comparative reference snapshot dated 1/15/2024 when applicable
Legal citation/reference:
Federal Prosecution of Election Offenses, Eighth Edition, 2017
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.1.A & B
H.R. 3295-43 Help America Vote Act of 2002, Section 303 paragraph a.4
Public Law 103-31 National Voter Registration Act of 1993, Section 5 c
Public Law 103-31 National Voter Registration Act of 1993, Section 8 c.2.A
52 U.S. Code § 20701 Retention and preservation of records and papers by officers of
elections
U.S Constitution, 14th Amendment
Title 25 P.S. Pennsylvania Election Code
*******************************************************************
USA-PA2-12-01-VAL-Votes_Added_in_2024

Votes Added Later
Votes added in 2024
***************************************************/
WITH CTE1a AS (SELECT *
FROM [dbo].[pavotehistory_221226]
WHERE ElectionDate = '2022-11-08')
, CTE1b AS (SELECT *
FROM [dbo].[pavotehistory_240115]
WHERE ElectionDate = '2022-11-08')
, CTE1 AS (SELECT a.PAID, a.ElectionDate, b.PAID as PreviousregID02, b.ElectionDate as
PreviousElecDate
FROM CTE1a a
FULL OUTER JOIN CTE1b b
ON a.PAID = b.PAID
AND a.ElectionDate = b.ElectionDate)
, CTE2 AS (
SELECT a.PAID, b.PAID as PreviousregID01
FROM CTE1a a
FULL OUTER JOIN CTE1b b
ON a.PAID = b.PAID)
, CTE3 AS (SELECT a.PreviousElecDate, b.paid, b.last_name, b.first_name, b.middle_name,
b.name_suffix_lbl, b.status_cd, b.county, b.dob
FROM CTE1 a
JOIN [dbo].[pavoter_240115] b
ON a.PreviousregID02 = b.paid
WHERE a.paid IS NULL)
SELECT '12 Votes moved to Registration that did not exist*','01 Votes Added in 2024',
a.paid, a.last_name, a.first_name, a.middle_name, a.name_suffix_lbl, a.status_cd,
a.county
FROM CTE3 a
LEFT JOIN [dbo].[pavoter_221226] b
ON a.last_name = b.last_name
AND a.first_name = b.first_name
AND a.dob = b.dob
WHERE b.last_name IS NULL
ORDER BY a.paid;  -- 232 - Not included in total these are later registrations that do
not exist in 12/26/2022 data set
```

End of Scorecard Queries