# EXHIBIT "B"



# Pennsylvania's 2022 General Election Validity Scorecard

### ★ 1. Were the voter rolls accurate, as required by the National Voter Registration Act of 1993?

| Ineligible or Uncertain Registration Type | Number of Instances* |
|---|---:|
| Illegal duplicates | 20,097 |
| Vote history invalid or illogical | 43,083 |
| Questionable inactive status | 10,298 |
| Voted while inactive | 194 |
| Backdated registrations | 28,256 |
| Modified date prior to registration date | 268,493 |
| Invalid or illogical registration date | 448,335 |
| Illegal or invalid registration changes | 633,508 |
| Age discrepant registrants | 4,142 |
| Registrants with questionable address | 154,913 |
| Registrations with altered votes | 1,580,750 |
| **APPARENT REGISTRATION VIOLATIONS** | **3,192,069** |

### ★ 2. Were the votes counted from eligible voters, as required by the US Constitution?

| Ineligible or Uncertain Registration Type that Voted in 2022 GE | Votes cast in 2022 GE* |
|---|---:|
| Illegal duplicates | 8,026 |
| Vote history invalid or illogical | 15,674 |
| Questionable inactive status | 1,996 |
| Voted while inactive | 118 |
| Modified date prior to registration date | 196 |
| Invalid or illogical registration date | 340,266 |
| Illegal or invalid registration changes | 632,215 |
| Age discrepant registrants | 2,207 |
| Registrants with questionable address | 59,609 |
| Registrations with altered votes | 138,291 |
| Votes added in 2024** | 232 |
| **APPARENT VOTING VIOLATIONS:** | **1,198,598** |
| **UNIQUE VOTES IMPACTED BY APPARENT VOTING VIOLATIONS:** | **1,089,750** |

### ★ 3. Was the number of votes counted equal to the number of voters who voted?

| Official Source | Reported Total |
|---|---:|
| Official Canvass | Ballots counted: 5,410,022 |
| Total Votes in the Data* | Voters who actually voted: 5,400,869 |
| **DIFFERENCE:** | **9,153 more votes counted than voters who voted** |

### ★ 4. Was the number of ballots in error valid according to the Help America Vote Act of 2002?

| | |
|---|---:|
| Ballots with apparent voting violations in the 2022 GE | 1,089,750 |
| Allowable machine error rate is 1/10,000,000 ballot positions or 1/125,000 ballots | 44 |
| **Unresolved vote errors: Provable accuracy fails to meet any protective legal standard** | **1,089,706** |

*"Congress seeks. . . .to guard the election of members of Congress against any possible unfairness by compelling, under its pains and penalties, everyone concerned in holding the election to a strict and scrupulous observance of every duty devolved upon him while so engaged. . . . The evil intent consists in disobedience to the law."* —In re Coy, 127 U.S. 731 (1888)

\* Extracted from an official copy of the Pennsylvania Voter database provided by Pennsylvania Department of State, dated December 26, 2022.

\*\* Total for 'Votes added in 2024' is not included in the Section 2 total since the votes do not exist in the 12/26/2022 PA Election data set which the scorecard is based on.

Unite4Freedom.com ★ info@Unite4Freedom.com

© United Sovereign Americans, Inc.

05232024