# EXHIBIT "C"



# Pennsylvania's 2022 General Election Validity Reconciliation

| GROUP | DESCRIPTION | REGISTRATIONS | 2022 GENERAL ELECTION VOTES |
|---|---|---|---|
| Eligible | Records appear valid so voters are presumed **eligible** to vote. Results can be certified. | 4,739,544 | 4,311,119 |
| Uncertain | Records contain illogical and/or invalid information, so it is **uncertain** whether voters are eligible to vote. Investigation is required before results can be certified. | 1,370,573 | 132,897 |
| Ineligible | Records appear to violate black letter election laws, so voters are presumed **ineligible** to vote. Investigation is required before results can be certified. | 1,440,667 | 956,853 |
| Deadwood* | | 1,204,674 | 0 |
| **Total** | | **8,755,458** | **5,400,869** |
| Total Database Records/Total Votes Counted per official published tallies | | 8,755,458 | 5,410,022 |
| **DIFFERENCE:** | | | **9,153** ** |

Registration Error Rate ................................................................ 32%
Vote Error Rate .......................................................................... 20%
Margin of Victory in PA Congressional District 7 (151,364 / 145,527) ............ 2%
Legal Standard of Allowable Error for Federal Elections*** ............... 0.0008%

Unite4Freedom.com ★ info@Unite4Freedom.com

United Sovereign Americans ©2024 All Rights Reserved.   05282024



# Pennsylvania's 2022 General Election Validity Reconciliation

**The measured error rate of the electoral process in Pennsylvania, from registration through certification, makes it impossible to legally certify any election in Pennsylvania.** Whether due to ignorance, arrogance or malice, the error rate simply outstrips the margins of victory. Countless unique investigations were required by law before certification could proceed. Election officials may never be able to prove that those granted the privilege of writing laws for the nation legitimately represented the will of eligible citizen voters.

The registration and voting error rates reported here represent minimums. We have ample reason for concern, after two years of careful study, that the actual error rates are higher.

## 2022 Federal Elections in which the error rate exceeded the margin of victory:

**US Senate, Pennsylvania Congressional Districts 1, 6, 8, 12, 17.**

**Every race in Pennsylvania's 2022 GE was irretrievably impacted by an error rate 10,000 times the legal standard for system accuracy.**

\* *"'Deadwood' allows for fraudulent ballots, which can be used to stuff the ballot box." Federal Prosecution of Election Offenses, Eighth Edition, 2017, US Department of Justice Public Integrity Section, Chapter 2 Corruption of the Election Process (B)(5)(a), Richard C. Pilger, ed., p. 28.*

\*\* *9,153 votes counted are completely unaccounted for in the system. They are not associated with any voter.*

\*\*\* *"This rate is set at a sufficiently stringent level such that the likelihood of voting system errors affecting the outcome of an election is exceptionally remote even in the closest of elections." Voting System Standards, Volume I: Performance Standards. April, 2002, Federal Election Commission, United States of America. The accuracy requirement of the voting system is predicated on the voter rolls being accurate as required by the National Voter Registration Act, 1993.*

\*\*\*\* *Extracted from an official copy of the Pennsylvania Voter database provided by Pennsylvania Department of State, dated December 26, 2022.*

**Unite4Freedom.com ★ info@Unite4Freedom.com**

United Sovereign Americans ©2024 All Rights Reserved.   05282024