# EXHIBIT "F"

# Moton campaign Finance

| YEAR | EXPENDITURES | IN – KIND | UNPAID |
|---|---|---|---|
| 2018 | 4,275.37 | 6,499.78 | |
| 2019 | 760.82 | 0 | |
| 2020 | 2,166.56 | | 2,246.36 |
| 2022 | 12.785.64 | 4,710.95 | |

This does not include the time campaigning nor the 125.00 hourly rate to create campaign items.

The In-Kind is t-shirts, hats, masks, and banners that I created under my company's name, Legacy4tography, LLC. The unpaid stands for my credit cards used to buy campaign items during the Pandemic. My campaign never had enough funds for me to be repaid.

Ruth Moton

6/10/2024