# EXHIBIT "G"

Efforts to Improve Election Integrity in Pennsylvania

Purpose: This document lists a few of the thousands of efforts made by citizens in Eastern Pennsylvania to urge our government to improve the accuracy, transparency, and integrity of our elections.

| Documenter | Type | Description | Submitted to | Date submitted | Narrative | Final Status | Docket Number/ID Number | NAME OF COUNTY | Why it matters |
|---|---|---|---|---|---|---|---|---|---|
| Dreibelbis (elector) | Petition | 2022 General Election appeal for a recount of several specific precincts' in-person ballots | County of Delaware, PA | 11/18/2022 and 11/21/2022 | In this "red wave" election, it was apparent that 10-20% of Republican votes went to Democrats. The County stalled until certification, then agreed to recount one precinct if we withdrew the petition. | Then, they didn't schedule the recount until late January and arrived with the ballot box unsealed and some ballots not printed by the election's designated printer. | 2022-09182-EL 2022-09186-EL 2022-09187-EL 2022-09188-EL 2022-09189-EL 2022-09190-EL 2022-09191-EL 2022-09192-EL 2022-09193-EL | Delaware | Unable to verify the accuracy of the scanner tabulator due to ample time allowed to replace the precinct's ballots. |
| Dreibelbis (candidate for School Director) | Petition | 2023 General Election appeal for a recount of several specific precincts' in-person ballots | County of Delaware, PA | 12/5/2023 | 25 P.S. §3261-3263 request for recount with affidavit from 3 electors in each district | Every district must petition for a recount in order to recount any of them. | CV-2023-009774, CV-2023-009776, CV-2023-009777, CV-2023-009778, CV-2023-009779, CV-2023-009781, CV-2023-009782, CV-2023-009783, CV-2023-009785, CV-2023-009787, CV-2023-009794, CV-2023-009795, CV-2023-009796, CV-2023-009797 | Delaware | PA is refusing to permit petitioned recounts which is permitted by several Election Code sections. |
| Dreibelbis | RTK | Request for Cast Vote Records | County of Delaware, PA | 8/21/2022 | | Denied – request must be made pursuant to the PA Election Code, not under RTKL. | No. 2022-322 | Delaware | CVRs are public records and county officials block access to them. |
| Dreibelbis | RTK | Request for communications, methods, costs, and results of the recount and recanvass of the | County of Delaware, PA | 09/25/2022 | Suspected that recounting was not done according to statute – by hand-counting or with different election tabulation machinery. | Denied – request must be made pursuant to the PA Election | No. 2022-389 | Delaware | Not much – an RTK was also filed with the PA Department of State, which did provide the materials requested. These |

| Documenter | Type | Description | Submitted to | Date submitted | Narrative | Final Status | Docket Number/ID Number | NAME OF COUNTY | Why it matters |
|---|---|---|---|---|---|---|---|---|---|
| | | mandatory statewide recount of the narrow margin of victory of the 2022 Primary Election for US Senator. | | | | Code, not under RTKL. | | | revealed that the same Hart Intercivic Verity Voting system devices were used to re-scan and tabulate the ballots. |
| Dreibelbis | RTK | Requested the variety of election machinery models used for the 2022 General Election, the software versions used for each model (where applicable), the number of each election machinery models used, the costs of the election machinery by model, and the personnel role responsible for setting up the machinery for each district's ballots and how many persons were engaged for this | County of Delaware, PA | 11/5/2022 | | Ignored – not replied to | (none) | Delaware | Access to information regarding election machinery should be available to the public. |

| Documenter | Type | Description | Submitted to | Date submitted | Narrative | Final Status | Docket Number/ID Number | NAME OF COUNTY | Why it matters |
|---|---|---|---|---|---|---|---|---|---|
| Dreibelbis | RTK | election's setup and testing. | | | | | | | |
| Dreibelbis | RTK | Requested 2022 General Election Return Sheet and Numbered List of Voters for a specified precinct, Haverford 2-3. | County of Delaware, PA | 1/3/2023 | | Ignored – not replied to | (none) | Delaware | Access to election materials is permitted |
| Dreibelbis | RTK | Requested inventory of election system devices, software versions used, cost of each model, and number of each device used in the 2023 General election. | County of Delaware, PA | 3/6/2024 | Trying to determine costs of the Delco Hart Intercivic Verity Voting 2.7 system and the currency of its implemented software. | Provided a list of devices by type and a manufacturer (Hart Intercivic's) serial number, and the Master Agreement. No information was provided regarding costs or software versions. | (none) | Delaware | Access to election materials and costs is permitted |
| Dreibelbis | RTK | Requested inventory of election system devices, software versions used, cost of each model, and number of each device used in the 2023 General election. | PA DOS | 3/6/2024 | Trying to determine costs of the Delco Hart Intercivic Verity Voting 2.7 system and the currency of its implemented software. | Denied – PA does not maintain an inventory of election management system devices. | 2024-175 | Delaware | Access to election materials and costs is permitted |

| Documenter | Type | Description | Submitted to | Date submitted | Narrative | Final Status | Docket Number/ID Number | NAME OF COUNTY | Why it matters |
|---|---|---|---|---|---|---|---|---|---|
| Dreibelbis | RTK | Requested documents regarding EMS provider's "proposed response" to monitored cybersecurity emerging threats. | PA DOS | 4/4/2024 | EAC Voluntary Voting System Guidelines 1.0, section 7.5.3 states that vendors must monitor and respond to emerging cybersecurity threats by developing responsive updates to their system and submitting "proposed updates to the test labs and appropriate states for approval." | Diverted and not provided – instructed to look at EAC.gov for Engineering Change Orders for the Hart Intercivic Verity Voting 2.7 product (there were no cybersecurity mitigation proposals in any of the 14 EOs). | 2024-246 | Delaware | There is, apparently, no adherence by any EMS providers to the EAC certification requirement to continually monitor and mitigate cybersecurity alerts and advisories from CISA and CERT. |