## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Pennsylvania

Case Number: 24-CV-01003

Petitioner:
**UNITED SOVEREIGN AMERICANS INC., et al.**

vs.

Respondent:
**COMMONWEALTH OF PENNSYLVANIA, et al.**

For:
VAN DER VEEN, HARTSHORN & LEVIN
1219 Spruce St.
Philadelphia, PA 19107

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on UNITED STATES DEPARTMENT OF JUSTICE, 150 M ST. NW, WASHINGTON, DC 20001.

MARK HAGOOD _____ being duly sworn, depose and say that on the **25th day of June, 2024 at 11:57 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **PETITION FOR RELIEF IN THE FORM OF A WRIT OF MANDAMUS** to **JANICE SMITH** as **AUTHORIZED AGENT**, who stated they are authorized to accept service for: **UNITED STATES DEPARTMENT OF JUSTICE** at the address of: **150 M ST. NW, WASHINGTON, DC 20001**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: BLACK, Height: 5'8, Weight: 160, Hair: BLACK, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 25th day of June, 2024 by the affiant who is personally known to me.

_MBernardo_
NOTARY PUBLIC

Process Server
MARK HAGOOD
COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2024006595
Ref: UNITED SOVEREIGN AMERICANS



Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Pennsylvania

Case Number: 24-CV-01003

Petitioner:
**UNITED SOVEREIGN AMERICANS INC., et al.**

vs.

Respondent:
**COMMONWEALTH OF PENNSYLVANIA, et al.**

For:
VAN DER VEEN, HARTSHORN & LEVIN
1219 Spruce St.
Philadelphia, PA 19107

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, 150 M ST. NW, WASHINGTON, DC 20001.**

MARK HAGOOD being duly sworn, depose and say that on the **25th day of June, 2024 at 11:57 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **PETITION FOR RELIEF IN THE FORM OF A WRIT OF MANDAMUS** to **JANICE SMITH** as **AUTHORIZED AGENT**, who stated they are authorized to accept service for: **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES** at the address of: **150 M ST. NW, WASHINGTON, DC 20001**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: BLACK, Height: 5'8, Weight: 160, Hair: BLACK, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 25th day of June, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Mark H Hagood
Process Server

**COURT HOUSE LEGAL SERVICES, INC.**
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2024006596
Ref: UNITED SOVEREIGN AMERICANS



Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Pennsylvania

Case Number: 24-CV-01003

Petitioner:
**UNITED SOVEREIGN AMERICANS INC., et al.**
vs.
Respondent:
**COMMONWEALTH OF PENNSYLVANIA, et al.**

For: VAN DER VEEN, HARTSHORN & LEVIN

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **PENNSYLVANIA DEPARTMENT OF STATE, 401 NORTH ST., HARRISBURG, PA 17120**. I, _____Gary Winfrey_____, being duly sworn, depose and say that on the __1st__ day of __July__, 20__24__ at __1:30 p__.m., executed service by delivering a true copy of the **PETITION FOR RELIEF IN THE FORM OF A WRIT OF MANDAMUS** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving _____Kathleen A. Mullen_____ as _____Deputy Chief Counsel_____ of the within-named agency.
( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) CORPORATE SERVICE: By serving _____ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:_____

Age 50 - 55  Sex M (F)  Race Caucasian  Height 5'7"  Weight 170lbs  Hair Black  Glasses (Y) N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __1st__ day of __July__, 20__24__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
STEPHANIE KRAFT - Notary Public
Cumberland County
My Commission Expires June 13, 2026
Commission Number 1379865

PROCESS SERVER # n/a in Pennsylvania
Appointed in accordance with State Statutes

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: 2024006592
Ref: UNITED SOVEREIGN AMERICANS

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Pennsylvania

Case Number: 24-CV-01003

Petitioner:
**UNITED SOVEREIGN AMERICANS INC., et al.**
vs.
Respondent:
**COMMONWEALTH OF PENNSYLVANIA, et al.**

For: VAN DER VEEN, HARTSHORN & LEVIN

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **PENNSYLVANIA BUREAU OF ELECTION SECURITY AND TECHNOLOGY, 401 NORTH ST., RM 210, HARRISBURG, PA 17120**. I, _Gary Winfrey_, being duly sworn, depose and say that on the _1st_ day of _July_, 20_24_ at _1::30 p_.m., executed service by delivering a true copy of the **PETITION FOR RELIEF IN THE FORM OF A WRIT OF MANDAMUS** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving _Kathleen A. Mullen_ as _Deputy Chief Counsel_ of the within-named agency.
( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) CORPORATE SERVICE: By serving _____ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age _50 - 55_ Sex M(E) Race _Caucasian_ Height _5'7"_ Weight _170lbs_ Hair _Black_ Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _1st_ day of _July_, _2024_ by the affiant who is personally known to me.

_Stephanie Kraft_
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
STEPHANIE KRAFT - Notary Public
Cumberland County
My Commission Expires June 13, 2026
Commission Number 1379865

PROCESS SERVER # _n/a in Pennsylvania_
Appointed in accordance with State Statutes

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: 2024006591
Ref: UNITED SOVEREIGN AMERICANS

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Middle District of Pennsylvania

Case Number: 24-CV-01003

Petitioner:
UNITED SOVEREIGN AMERICANS INC., et al.
vs.
Respondent:
COMMONWEALTH OF PENNSYLVANIA, et al.

For: VAN DER VEEN, HARTSHORN & LEVIN

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on PENNSYLVANIA BUREAU OF ELECTIONS, 401 NORTH ST., RM 210, HARRISBURG, PA 17120. I, _____Gary Winfrey_____, being duly sworn, depose and say that on the __1st__ day of __July__, 2024 at __1:30 p.m.__, executed service by delivering a true copy of the PETITION FOR RELIEF IN THE FORM OF A WRIT OF MANDAMUS in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving ___Kathleen A. Mullen___ as ___Deputy Chief Counsel___ of the within-named agency.
( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) CORPORATE SERVICE: By serving _____ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age 50 - 55  Sex M(F)  Race Caucasian  Height 5'7"  Weight 170lbs  Hair Black  Glasses Y(N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __1st__ day of __July__, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _n/a in Pennsylvania_
Appointed in accordance with State Statutes

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: 2024006589
Ref: UNITED SOVEREIGN AMERICANS

Commonwealth of Pennsylvania - Notary Seal
STEPHANIE KRAFT - Notary Public
Cumberland County
My Commission Expires June 13, 2026
Commission Number 1379865

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a