# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*, | : | |
| | : | |
| | : | Case No. 1:24-cv-01003-DFB |
| Plaintiffs, | : | |
| | : | (Hon. Daryl F. Bloom) |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this _____ day of _____, 2024, it is hereby

ORDERED that Secretary Schmidt's Motion to Dismiss the Amended Petition is

GRANTED. It is further ORDERED that all claims against Al Schmidt, in his

official capacity as Secretary of the Commonwealth, are hereby DISMISSED.


IT IS SO ORDERED:


_____
J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____
:
UNITED SOVEREIGN AMERICANS,          :
INC., *et al.*,                      :
                                     :          Case No. 1:24-cv-01003-DFB
        Plaintiffs,                  :
                                     :          (Hon. Daryl F. Bloom)
        v.                           :
                                     :
COMMONWEALTH OF                      :
PENNSYLVANIA, *et al.*,              :
                                     :
        Defendants.                  :
_____:

## SECRETARY SCHMIDT'S
## <u>MOTION TO DISMISS THE AMENDED PETITION</u>

Defendant Al Schmidt, in his official capacity as Secretary of the

Commonwealth, ("Sec. Schmidt"), by and through the Office of General Counsel,

hereby moves to dismiss the Petition for Relief in the Form of an Amended Writ of

Mandamus ("Amended Petition," ECF No. 12) pursuant to Federal Rule of Civil

Procedure 12(b)(1), 12(b)(6), and/or 15. Sec. Schmidt will file a brief in support of

this motion within 14 days in accordance with Local Rule 7.5.

Wherefore, Sec. Schmidt moves to dismiss all claims against him in the Amended Petition.


Date: September 9, 2024                    Respectfully submitted,

                                          JENNIFER C. SELBER
                                          GENERAL COUNSEL

                                          By:  /s/ Stephen R. Kovatis_____
                                          STEPHEN R. KOVATIS
                                          Deputy General Counsel
                                          Attorney ID No. 209495
                                          Office of General Counsel
                                          333 Market Street, 17th Floor
                                          Harrisburg, PA  17101
                                          Phone: 717-602-0943
                                          Email: skovatis@pa.gov

                                          *Counsel for Sec. Schmidt*

## <u>CERTIFICATE OF NONCONCURRENCE</u>

Pursuant to Local Rule 7.1, I certify that I sought concurrence from counsel

for Plaintiffs in the above motion. Plaintiffs do not concur in this motion.


Date: September 9, 2024              By:  /s/ Stephen R. Kovatis_____
                                     STEPHEN R. KOVATIS

## **CERTIFICATE OF SERVICE**

I, Stephen R. Kovatis, hereby certify that I have caused all parties to be served on this day with the foregoing Motion to Dismiss via the Court's ECF system.

Further, Defendants Merrick Garland and the United States Department of Justice will be served via U.S. Mail at the address listed on the Complaint:

> 950 Pennsylvania Avenue NW
> Washington, DC 20530

Date: September 9, 2024              By:  /s/ Stephen R. Kovatis_____
                                                    STEPHEN R. KOVATIS