IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., BERNARD SELKER, DIANE HOUSER, RUTH MOTON *and* DEAN DREIBELBIS, Plaintiffs | |
| v. | No. 1:24-CV-01003 |
| | Magistrate Judge Bloom |
| AL SCHMIDT, MICHELLE HENRY, and MERRICK GARLAND, | Electronically Filed Document |
| | *Complaint Filed 06/18/24* |
| Defendants | |

## ATTORNEY GENERAL HENRY'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

AND NOW comes Defendant, Attorney General Michelle Henry, by and through undersigned counsel, and files this Motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Plaintiffs' allegations against her with prejudice. A brief in support of this motion will be filed within the period provided for under Local Rule 7.5.

WHEREFORE, for the reasons further detailed in Defendant's forthcoming Brief in Support, her Motion should be granted. Defendant has contacted Plaintiffs' Counsel, who does not concur in this Motion.

                                                **Respectfully submitted,**

                                                **MICHELLE A. HENRY**
                                                **Attorney General**

                                       **By:**   *s/ ERICH T. GREINER*
                                                **ERICH T. GREINER**

**Office of Attorney General**       **Deputy Attorney General**
**15th Floor, Strawberry Square**    **Attorney ID PA #331601**
**Harrisburg, PA 17120**
**Phone: (717) 783-6301**             **NICOLE R. DITOMO**
                                         **Chief Deputy Attorney General**
[egreiner@attorneygeneral.gov](mailto:egreiner@attorneygeneral.gov)    **Civil Litigation Section**

**Date: September 9, 2024**             **Counsel for Attorney General Michelle Henry**

## **CERTIFICATE OF CONCURRENCE**

I, Erich T. Greiner, Deputy Attorney General, hereby certify that I have sought concurrence from Plaintiffs' counsel, and he does not concur in this Motion. I further certify that I have sought the concurrence of counsel for Defendant, Secretary Al Schmidt, who does not oppose the filing of this Motion.

       *s/ ERICH T. GREINER*
**ERICH T. GREINER**
Deputy Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED SOVEREIGN AMERICANS, INC., BERNARD SELKER, DIANE HOUSER, RUTH MOTON** and **DEAN DREIBELBIS,** Plaintiffs | |
| v. | No. 1:24-CV-01003 |
| | Magistrate Judge Bloom |
| **AL SCHMIDT, MICHELLE HENRY,** and **MERRICK GARLAND,** | Electronically Filed Document |
| | *Complaint Filed 06/18/24* |
| Defendants | |

## CERTIFICATE OF SERVICE

I, Erich T. Greiner, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General hereby certify that on September 9, 2024, I caused to be served a true and correct copy of the foregoing document titled *Attorney General Henry's Motion to Dismiss Plaintiffs' Complaint* to the following:

**VIA ELECTRONIC FILING**

Bruce L. Castor, Jr., Esquire
Michael T. van der Veen, Esquire
van der Veen O'Neill Hartshorn and Levin
1219 Spruce Street
Philadelphia, PA  19107
bcastor@mtvlaw.com

[mtv@mtvlaw.com](mtv@mtvlaw.com)
*Counsel for Plaintiffs*

**Stephen R. Kovatis**
**Office of General Counsel**
**333 Market St., 17th Floor**
**Harrisburg, PA 17101**
*Counsel for Defendants Pennsylvania Bureau of Election Security and Technology, Pennsylvania Bureau of Elections, Pennsylvania Department of State, and Al Schmidt*

    *s/ ERICH T. GREINER*
**ERICH T. GREINER**
Deputy Attorney General