# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.* | |
| *Petitioners,* | CIVIL ACTION |
| v. | |
| AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF THE COMMONWEALTH, *et al.* | No. 24-1003 |
| *Respondents.* | |

## UNOPPOSED MOTION FOR EXTENTION OF TIME

Petitioners, United Sovereign Americans, Inc., Bernard Selker, Diane Houser, Ruth Moton, and Dean Dreibelbis (hereinafter, collectively, "Petitioners"), by and through their counsel, Bruce L. Castor, Jr., hereby request a one (1) week extension to file their briefs in opposition to the Motions to Dismiss filed by Respondents Al Schmidt and Michelle Henry. Petitioners have confirmed with all counsel of record that they do not oppose this motion.

Respectfully submitted,

Date: October 7, 2024

*/s/ Bruce L. Castor, Jr.*
Bruce L. Castor, Jr.
*Attorney for Petitioners*