# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al*. | |
| *Petitioners,* | CIVIL ACTION |
| v. | |
| AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF THE COMMONWEALTH, *et al*. | No. 24-1003 |
| *Respondents.* | |

## ORDER

AND NOW this ____ day of _____, 2024, upon consideration of Petitioners' Unopposed Motion for Extension of Time, it is hereby **ORDERED** and **DECREED** that Petitioners' Motion is hereby **GRANTED**. Petitioners shall file a brief in opposition to the Motions to Dismiss filed by Defendants Michelle Henry and Al Schmidt by October 14, 2024.

_____, J.