# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.* | |
| *Petitioners*, | CIVIL ACTION |
| v. | |
| | No. 24-1003 |
| AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF THE COMMONWEALTH, *et al*. | |
| *Respondents*. | |

## CERTIFICATE OF SERVICE

    I, Bruce L. Castor, Jr., hereby certify that on October 15, 2024, a copy of Petitioners Brief in Opposition to Respondent Al Schmidt's Motion to Dismiss was served on all parties of record via the ECF e-filing system.

Date: October 16, 2024           */s/ Bruce L. Castor, Jr.*
                                                   Bruce L. Castor, Jr.