UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED SOVEREIGN AMERICANS, INC. et. al.,** | |
| Petitioners, | Civil No: 1:24-CV-01003 |
| V. | Chief Magistrate Judge Bloom |
| **MERRICK GARLAND, et. al.;** | |
| Defendants. | (Electronically Filed) |

## MOTION TO DISMISS PETITION

Defendant, Merrick Garland, asks this Court to dismiss the Petition pursuant to Fed. R. Civ. P. 12(b).

A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has sought the concurrence of Petitioners' counsel pursuant to M.D. Pa. Local Rule 7.1 and concurrence was denied.

                                                   Respectfully submitted,

                                                   GERARD M. KARAM
                                                   United States Attorney

                                                   /s/ Gerard T. Donahue
                                                   GERARD T. DONAHUE
                                                   Assistant U.S. Attorney
                                                   235 N. Washington Ave, Suite 311
                                                   Scranton, PA 18503
                                                   Tel: (570) 348-0379
                                                   Fax: (570) 348-2830
                                                   Gerard.Donahue@usdoj.gov

Date:     November 8, 2024'                     *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED SOVEREIGN AMERICANS, INC. et. al.,** | |
| Petitoners, | Civil No: 1:24-CV-01003 |
| V. | Chief Magistrate Judge Bloom |
| **MERRICK GARLAND, et. al.;** | |
| Defendants. | (Electronically Filed) |

## CERTIFICATE OF NON-CONCURRENCE

I, Gerard T. Donahue, Assistant United States Attorney, have contacted counsel for the Plaintiff, Tudor Neagu, Esq., who does not concur in the Defendants' motion.

                                                         Respectfully submitted,

                                                         GERARD M. KARAM
                                                         UNITED STATES ATTORNEY

                                                         /s/ Gerard T. Donahue
Dated: November 8, 2024                 GERARD T. DONAHUE
                                                          Assistant U.S. Attorney

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED SOVEREIGN AMERICANS, INC. et. al.,** | Civil No: 1:24-CV-01003 |
| Petitoners, | |
| V. | Chief Magistrate Judge Bloom |
| **MERRICK GARLAND, et. al.;** | |
| Defendants. | (Electronically Filed) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on November 8, 2024, she served a copy of the attached

### MOTION TO DISMISS PETITION

by electronic service pursuant to Local Rule 5.7 and Standing Order 05-6 & 12.2 to all counsel of record in the above-captioned matter.

*/s/ Stephanie Kakareka*
STEPHANIE KAKAREKA
Legal Administrative Specialist