IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS INC, et al., | : Civ. No. 1:24-CV-1003 :  : |
| Petitioners, | : : |
| v. | : (Chief Magistrate Judge Bloom) : |
| AL SCHMIDT, et al., | : : |
| Respondents. | : |

## ORDER

AND NOW, this 3rd day of March 2025, in accordance with the accompanying Memorandum Opinion, the respondents' motions to dismiss (Docs. 13, 14, 29) are GRANTED.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
